UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
PATRICIA HAYNES, *et al.*          )
                                   )
                    Plaintiffs,    )
                                   )
            v.                     )   Civil Action No. 07-2284
                                   )   (EGS)
                                   )
MERCK & CO, INC.                   )
                    Defendant.     )
_____)

**ORDER**

Pursuant to 28 U.S.C. § 1407, and the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation dated January 18, 2008, a copy of which is attached, it is hereby

**ORDERED** that this case is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana.


SIGNED:   **EMMET G. SULLIVAN**
          **UNITED STATES DISTRICT JUDGE**
          **February 19, 2008**

*[FILED FEB 20 2008, NANCY MAYER WHITTINGTON, CLERK, U.S. DISTRICT COURT]*